NATIONAL CONTRACTING CO., Respondent, v. HUDSON RIVER WATER POWER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by the National Contracting Company against the Hudson River Water Power Company. R. L. Hand, for appellant. L. L. Kellogg, for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion of court below. 70 N. Y. Supp. 585.

PATTERSON, J., dissents.

NATIONAL WALL PAPER CO., Respondent, v. ASSOCIATED MANUFACTURERS' MUT. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by the National Wall Paper Company against the Associated Manufacturers' Mutual Fire Insurance Company. A. C. Shenstone, for appellant. L. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NAYLOR, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Ezra B. Naylor against the New York Central & Hudson River Railway Company. L. M. Berkeley, for appellant. I. A. Place, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEW UNION TEL. CO. OF GLENS FALLS, Appellant, v. WEST, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by the New Union Telephone Company of Glens Falls against Egbert W. West. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK BLDG. LOAN BANKING CO., Respondent, v. WEISENBORN et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Actions by the New York Building Loan Banking Company against John Weisenhorn and others. No opinion. Judgments affirmed, with costs.

NEW YORK FASTENER CO., Respondent, v. WILATUS, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by the New York Fastener Company against Edward Wilatus. No opinion. Motion for reargument denied.

NEW YORK STATE BAR ASS'N v. JONES. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) In the matter of the charges of the New York State Bar Association against Hadley Jones.

PER CURIAM. Ordered that it be referred to Donald F. McLennan, Esq., to take proof and report the same, with his opinion thereon, at a term of this court to be held in the city of Rochester on the 7th day of January, 1902.

NICHOLSON, Appellant, v. SAUL, Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by William J. Nicholson against Charles R. Saul. No opinion. Motion granted, unless the appellant serve the requisite papers and bring the case on for argument at the next term of this court.

NONES, Respondent, v. EMANUEL, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by George W. Nones against Armida Emanuel. M. E. Harley, for appellant. G. B. Class, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and answer, on payment of costs in this court and in the court below.

NORSWORTHY, Appellant, v. TROY & N. E. RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by William Norsworthy against the Troy & New England Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

NUTZHORN et al. v. SITTIG et al. (Supreme Court, Appellate Division, First Department. December 13, 1901.) Action by Henry M. Nutzhorn and another against Annie S. Sittig and another. No opinion. Motion denied, on payment of $10 costs, and, on payment of $10 additional, leave given to apply to court below to open default.

OEST, Respondent, v. BOCK, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Anna C. L. Oest against Emma Bock, individually, etc. No opinion. Order affirmed, with $10 costs and disbursements.

OLNEY, Respondent, v. BAIRD et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Peter B. Olney, as receiver, against Matthew Baird and another. L. R. Palmer, for appellants. J. Fettretch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

O'LOUGHLIN, Respondent, v. BOLEN & BYRNE MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Mary O'Loughlin, an infant, by Patrick O'Loughlin, her guardian ad litem, against the Bolen & Byrne Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.